1    DAVID ALLEN (SBN 87193)
     dallen@davidallenlaw.com
2    DAVID ALLEN & ASSOCIATES
     5230 Folsom Blvd.
3    Sacramento, CA 95819
     Telephone: (916) 455-4800
4    Facsimile:  (916) 451-5687

5    Attorneys for Plaintiff Jemiah Hernandez


6    LINDA B. OLIVER (SBN 166720)
     loliver@maynardcooper.com
7    MAYNARD, COOPER & GALE, LLP
     600 Montgomery Street, Suite 2600
8    San Francisco, CA 94111
     Telephone: (415) 646-4669
9    Facsimile:  (205) 254-1999

10   Attorneys for Defendant
     HARTFORD LIFE INSURANCE COMPANY
11

                    **UNITED STATES DISTRICT COURT**
12
              **EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**
13

14   JEMIAH HERNANDEZ,                    Case No. 2:16-cv-00426-WBS AC

15                      Plaintiff,        **STIPULATION AND [~~PROPOSED~~]
                                          ORDER EXTENDING DEADLINES
16        v.                              FOR SETTLEMENT
                                          CONFERENCE, BRIEFING
17   HARTFORD LIFE INSURANCE              SCHEDULE AND TRIAL DATE**
     COMPANY,
18
                        Defendant.
19

20                                    -1-

21   STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
     SETTLEMENT CONFERENCE, BRIEFING SCHEDULE AND TRIAL DATE

1        The Parties enter into this Stipulation based upon the following facts:

2        WHEREAS, pursuant to the Court's Status (Pretrial Scheduling) Order dated

3    June 27, 2016 in this ERISA action, the Court set the following dates:

4        Last day to conduct settlement conference: October 5, 2016

5        Opening briefs: January 17, 2017

6        Responsive briefs: January 24, 2017

7        Trial date: February 28, 2017, 9:00 a.m. (2 hour hearing).

8    (Docket No. 8).

9        WHEREAS, the parties have been unable to find a mutually agreeable date

10   for the settlement conference;

11       WHEREAS, the clerk to the magistrate judge has informed the parties that

12   there are no dates available in 2016 for the settlement conference;

13       WHEREAS, the parties would like to complete the settlement conference to

14   try to resolve this matter before incurring expenses preparing the briefing;

15       IT IS HEREBY STIPULATED by and between the parties, by and through

16   their counsel of record, that the dates set in the Status (Pretrial Scheduling) Order

17   be continued as follows:

18       Last day to conduct settlement conference: March 31, 2017

19       Opening briefs: May 15, 2017

20

-2-

21   STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
     SETTLEMENT CONFERENCE, BRIEFING SCHEDULE AND TRIAL DATE

1    Responsive briefs: June 13, 2017

2    Trial date: June 27, 2017, 9:00 a.m. (2 hour hearing).

3    No prior requests for a continuance of these dates have been made.

4  Therefore, the parties respectfully submit this joint stipulation and request that

5  dates be continued to the above-referenced dates, or alternative dates on the

6  Court's calendar.

7    Dated:  August 24, 2016          MAYNARD, COOPER & GALE, LLP

8
                                     By____/s/ Linda B. Oliver
9
                                       Linda B. Oliver
10                                     Attorney for Defendant Hartford Life
                                       Insurance Company
11

12    Dated:  August 24, 2016          DAVID ALLEN & ASSOCIATES

13
                                     By /s/ David Allen [as authorized on 8/24/16]
14                                     David Allen

15                                     Attorney for Plaintiff Jemiah Hernandez

16  IT IS SO ORDERED .

17  Dated:  August 25, 2016

18                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
19

20
                                       -3-
     STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
21   SETTLEMENT CONFERENCE, BRIEFING SCHEDULE AND TRIAL DATE