1   DAVID ALLEN (SBN 87193)
    dallen@davidallenlaw.com
2   DAVID ALLEN & ASSOCIATES
    5230 Folsom Blvd.
3   Sacramento, CA 95819
    Telephone: (916) 455-4800
    Facsimile:  (916) 451-5687
4
    Attorneys for Plaintiff Jemiah Hernandez
5
    LINDA B. OLIVER (SBN 166720)
6   loliver@maynardcooper.com
    MAYNARD, COOPER & GALE, LLP
    600 Montgomery Street, Suite 2600
7   San Francisco, CA 94111
    Telephone: (415) 646-4669
8   Facsimile:  (205) 254-1999

    Attorneys for Defendant
9   HARTFORD LIFE INSURANCE COMPANY

10              **UNITED STATES DISTRICT COURT**

11      **EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

12
    JEMIAH HERNANDEZ,                    Case No. 2:16-cv-00426-WBS
13
                    Plaintiff,
                                         **STIPULATION AND ORDER**
14        v.                             **EXTENDING DEADLINES FOR**
                                         **BRIEFING SCHEDULE AND HEARING**
15   HARTFORD LIFE INSURANCE              **DATE**
     COMPANY,
16
                    Defendant.
17

18          Plaintiff Jemiah Hernandez ("Plaintiff") and Defendant Hartford Life Insurance

19   Company ("MetLife"), hereby jointly stipulate, through their respective attorneys of record, to

20                                        -1-

21        STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR
                    BRIEFING SCHEDULE AND HEARING DATE

request that the Court enter an order extending the briefing schedule for the parties' briefs and the hearing date set by the Court's order dated August 25, 2016 (ECF No. 10), by approximately 90 days, as follows:

Opening Briefs due: August 15, 2017

Responsive Briefs due: September 15, 2017

Hearing: October 3, 2017 at 9:00 a.m.

Good cause exists for this request because the parties are currently engaged in settlement discussions and hope to resolve this matter without incurring the expense of preparing the motions at this time.

Dated: May 1, 2017                    MAYNARD, COOPER & GALE, LLP


By_____/s/ Linda B. Oliver_____

Linda B. Oliver

Attorney for Defendant Hartford Life Insurance Company

Dated: May 1, 2017                    DAVID ALLEN & ASSOCIATES


By /s/ David Allen [as authorized on 05/01/2017]

David Allen

Attorney for Plaintiff Jemiah Hernandez

IT IS SO ORDERED.

Dated:  May 2, 2017

_William V. Shubb_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES BRIEFING SCHEDULE AND HEARING DATE