1 | DAVID ALLEN (SBN 87193)
dallen@davidallenlaw.com
2 | DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
3 | Sacramento, CA 95819
Telephone: (916) 455-4800
4 | Facsimile: (916) 451-5687

Attorneys for Plaintiff Jemiah Hernandez

LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4669
Facsimile: (205) 254-1999

Attorneys for Defendant
HARTFORD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| JEMIAH HERNANDEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No. 2:16-cv-00426-WBS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant Hartford Life Insurance Company ("Hartford") and Plaintiff Jemiah Hernandez ("Plaintiff" or "Hernandez"), by and through their counsel of record, hereby agree that this action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All parties shall bear their own fees and costs.

Dated: August 15, 2017         MAYNARD, COOPER & GALE, LLP


By_____/s/ Linda B. Oliver_____
Linda B. Oliver
Attorney for Defendant Hartford Life Insurance Company

Dated: August 15, 2017         DAVID ALLEN & ASSOCIATES


By /s/ David Allen [as authorized on 8/15/17]
David Allen
Attorney for Plaintiff Jemiah Hernandez

IT IS SO ORDERED.

Dated:  August 15, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE